IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-02662-MSK-KLM

KENT LASNIK, an Individual,

    Plaintiff,

v.

OFFICER MARK MAGNESS, in his individual capacity;
OFFICER DAVID ROMERO, in his individual capacity; and
CHIEF KARL WILMES, in his official capacity,

    Defendants.

_____

### ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE
_____

THIS COURT, having reviewed the Joint Motion for Dismissal with Prejudice of Plaintiff's Complaint, hereby GRANTS the Motion **(#26)** and ORDERS that all claims that were brought or could have been brought by the parties to the within captioned action are DISMISSED WITH PREJUDICE. Each party will bear his own attorneys' fees and costs.

DATED this 15th day of March, 2016.

                                                   **BY THE COURT:**

                                                 Marcia S. Krieger
                                                 United States District Court